WILLIAM T. GILBERT, as Receiver of THE COMMERCIAL ALLI-
ANCE LIFE INSURANCE COMPANY, Appellant, *v.* THOMAS C.
PLATT, as President of THE UNITED STATES EXPRESS
COMPANY, Respondent.

*Gilbert* v. *Platt*, 12 App. Div. 242, affirmed.

(Argued October 28, 1897; decided November 23, 1897.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 30, 1896, which affirmed a judgment in favor of
defendant entered upon a verdict directed by the court, and
also affirmed an order denying a motion for a new trial.

*Henry D. Hotchkiss* for appellant.

*Francis G. Kimball* and *Frank H. Platt* for respondent.

Judgment affirmed, on opinion below, with costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHARLES BURGESS, Appellant.

(Submitted November 22, 1897; decided November 24, 1897.)

MOTION for reargument denied.   (See 153 N. Y. 561.)

---

WILLIAM LORD, as Executor of MARTHA A. CRONIN, Deceased,
Respondent, *v.* JOHN H. CRONIN, Appellant.

(Submitted November 22, 1897; decided November 30, 1897.)

Motion for reargument denied, with ten dollars costs.   (See
154 N. Y. 172.)